**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
  adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
  seth@gutridesafier.com
TODD KENNEDY (State Bar No. 250267)
  todd@gutridesafier.com
MARIE A. MCCRARY (State Bar No. 262670)
  marie@gutridesafier.com
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 789-6390
Facsimile:  (415) 449-6469

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC, | Case No. 3:14-cv-00165-JD |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| MEDIANAVICO LLC, | |
| Defendant. | |

   Plaintiff Innovative Automation LLC and Defendant MediaNaviCo LLC have resolved all the claims and counterclaims between them in this litigation and jointly stipulate to the dismissal of same.  Therefore, it is ORDERED that all of Innovative Automation's claims brought in this litigation against MediaNaviCo LLC are dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

1
2   IT IS SO ORDERED.
3
4   Dated: July 7, 2014
5
6
                                        _____
7                                       Hon. James Donato
                                        U.S. District Judge
8